IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DENNIS PRATT, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) No. 3:21-CV-0230-M-BH |
| | ) |
| ELAINE L. CHAO, Secretary, DOT, | ) |
| AGENCY, and MICHELLE POLAR, | ) |
| | ) |
| Defendants. | ) |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. By separate judgment, this case will be **DISMISSED** without prejudice *sua sponte* for failure to comply with Fed. R. Civ. P. 4(m).

**SIGNED** this 27th day of December, 2021.

_____
BARBARA M. G. LYNN
CHIEF JUDGE